■     In the Matter of the Estate of GERALDINE G. BELLINGER, Deceased. MANUFACTURERS HANOVER TRUST COMPANY et al., as Executors of GERALDINE G. BELLINGER, Deceased, Respondents; GEBBIE FOUNDATION, INC., et al., Appellants.— Decree insofar as appealed from unanimously affirmed, with costs to all parties filing separate briefs, payable out of the estate. (Appeals from certain parts of decree of Chautauqua County Surrogate's Court in proceeding to construe will.) Present — Del Vecchio, J. P., Marsh, Gabrielli and Henry, JJ.